**Peter I. Ostroff, SBN 45718**
postroff@sidley.com
**Rollin A. Ransom, SBN 196126**
rransom@sidley.com
**Sean A. Commons, SBN 217603**
scommons@sidley.com
**R. C. Harlan, SBN 234279**
rharlan@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California  90013**
**Telephone:  (213) 896-6000**
**Facsimile:  (213) 896-6600**

**Attorneys for Defendant CAPITOL RECORDS, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH VIERRA TAVARES, ARTHUR PAUL TAVARES, FELICIANO VIERRA TAVARES, ANTONE LAWRENCE TAVARES, and PERRY LEE TAVARES, individually and jointly p/k/a "TAVARES,' on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>CAPITOL RECORDS, LLC,<br><br>     Defendant. | Case No. 4:12-cv-03059-YGR<br><br>Assigned to:  Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT, AND MODIFYING BRIEFING SCHEDULE** |

1  **WHEREAS**, Plaintiffs filed the original complaint in this action on June 14, 2012;

2  **WHEREAS**, Plaintiffs filed a First Amended Complaint on August 3, 2012;

3  **WHEREAS**, on August 17, 2012, defendant Capitol Records, LLC ("Capitol") filed a
4  motion to dismiss and to strike pursuant to Rule 12 of the Federal Rules of Civil Procedure (the
5  "Motion"), which Motion was scheduled for hearing on September 25, 2012;

6  **WHEREAS**, Plaintiffs' opposition to the Motion was due on August 31, 2012;

7  **WHEREAS**, due to unforeseen technical difficulties, Plaintiffs' opposition to the Motion
8  was not filed until September 1, 2012;

9  **WHEREAS**, the parties have agreed to extend the deadline for Capitol to file its reply in
10  support of the Motion by one business day, to September 10, 2012;

11  **WHEREAS**, motions to dismiss in two cases that have been found related to this action –
12  namely, *Beltran v. Capitol Records, LLC*, Case No. 12-cv-1002 YGR, and *Bozzio v. EMI Group
13  Limited*, Case No. 12-cv-2421 YGR – have been set for October 2, 2012;

14  **WHEREAS**, in light of the slight modification to the briefing schedule referenced above,
15  and the existing hearing date in *Beltran* and *Bozzio*, the parties have further agreed to continue the
16  hearing on the Motion from September 25, 2012, to October 2, 2012;

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiffs and Capitol, that:

1. The deadline for Capitol to file any reply brief in support of the Motion is hereby extended to and including September 10, 2012, and

2. The hearing on the Motion is hereby continued from September 25, 2012, to October 2, 2012 at 2:00 p.m.

Dated: September 4, 2012

By: /s/ Rollin A. Ransom
Peter I. Ostroff
Rollin A. Ransom
Sean A. Commons
R. C. Harlan
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Phone: (213) 896-6000
Fax: (213) 896-6600

Attorneys for Defendant Capitol Records, LLC

Dated: September 4, 2012

By: /s/ Michael F. Ram
Michael F. Ram
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Phone: (415) 433-4949
Fax: (415) 433-7311

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 7, 2012

Hon. Yvonne Gonzalez Rogers
United States District Judge

**FILER'S ATTESTATION**

Pursuant to L.R. 5-1(i)(3), I, R.C. Harlan, attest that Rollin A. Ransom and Michael F. Ram provided their authority and concurrence to file the instant document and place their electronic signatures on the document set forth above.

By: /s/ R.C. Harlan